[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-11047

Non-Argument Calendar

_____

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION.

9:20-md-02924-RLR

_____

ERIK ROY HILLESLAND,
CHANMEIKA HILL,

Interested Parties-Appellants,

*versus*

GLENMARK PHARMACEUTICALS, INC. USA,
MARLENE GOLDENBERG,
APOTEX CORP.,
MICHAEL MCCANDLESS,

2                    Opinion of the Court                    23-11047

BRAD ALDRIDGE, et al.,

                                        Defendants-Appellees.

————————————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:20-md-02924-RLR

————————————————

Before WILSON, JILL PRYOR, and GRANT, Circuit Judges.

PER CURIAM:

Upon review of the record and the response to the jurisdictional questions, this appeal is DISMISSED for lack of jurisdiction. Appellant lacks standing to bring this appeal because there is no evidence that he is, or ever was, a plaintiff in this action, and there is no indication that the district court has ever entered an appealable order that caused him injury. *See Wolff v. Cash 4 Titles*, 351 F.3d 1348, 1353-54 (11th Cir. 2003); *Mickles on behalf of herself v. Country Club, Inc.*, 887 F.3d 1270, 1278 (11th Cir. 2018).